Barry G. Stratford (UT #15059)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Phone: 602.351.8000
Email: BStratford@perkinscoie.com

Donald J. Kula (*pro hac vice forthcoming*)
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Phone: 310.788.9900
Email: DKula@perkinscoie.com

Additional counsel listed on signature page

*Attorneys for The Samoan Federation of America, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, NORTHERN DIVISION**

| | |
|---|---|
| JOHN FITISEMANU; PALE TULI; ROSAVITA TULI; and SOUTHERN UTAH PACIFIC ISLANDER COALITION;<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; U.S. DEPARTMENT OF STATE; JOHN J. SULLIVAN, in his official capacity as Acting Secretary of the U.S. Department of State; and CARL C. RISCH, in his official capacity as Assistant Secretary of State for Consular Affairs;<br><br>Defendants. | Case No. 1:18-cv-00036-CW<br><br>**SAMOAN FEDERATION OF AMERICA, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Honorable Judge Clark Waddoups |

1

The Samoan Federation of America, Inc. ("Samoan Federation"), through undersigned counsel, moves this Court for leave to file the attached Brief of Amicus Curiae in support of Plaintiffs' Motion for Summary Judgment. The parties have consented to permit this motion to be filed no later than April 20, 2018.

"District courts have long been permitted to allow *amicus* appearances at their discretion." *Vigil v. Am. Tel. & Tel. Co.*, Civil No. C-1476, 1969 U.S. Dist. LEXIS 9584, at *1-2 (D. Colo. Sept. 9, 1969) (unpublished). "Because an *amicus curiae* participates only for the benefit of the court, and is not a party to the litigation, the court has the sole discretion to determine the fact, extent, and manner of participation by the amicus." *Kane County, Utah. v. United States*, 934 F. Supp. 2d 1344, 1347 (D. Utah 2013) (internal quotation marks omitted). "District courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has unique information or perspective than can help the court beyond the help that lawyers for the parties are able to provide." *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005) (internal quotations omitted).

The judges of this Court have frequently exercised their discretion to allow *amicus* participation to provide additional perspective, particularly in cases raising broader public policy concerns or constitutional issues. *See, e.g.*, *Utah v. United States*, No. 2:05-CV0-540, 2012 U.S. Dist. LEXIS 63545 *1 (D. Utah May 4, 2012) (unpublished); *United States v. Moesser*, No. 2:09-CR-842 TS, 2010 U.S. Dist. LEXIS 123271, at *18-20 (D. Utah Nov. 19, 2010) (unpublished); *United States v. Angelos*, 345 F. Supp. 2d 1227, 1256 (D. Utah 2004); *Kennard v. Leavitt*, 246 F. Supp. 2d 1177, 1182 (D. Utah 2002).

The Samoan Federation is a 501(c)(3) non-profit organization located in Carson, California that serves to advance the cultural, economic, and social well-being of the Samoan community in the greater Los Angeles area and across the United States. Founded in 1969, it is one of the oldest Samoan organizations in the continental United States. For the last 33 years, the Samoan Federation has hosted an annual "Flag Day" celebration that serves as the largest annual gathering of Samoans in the continental United States, attracting approximately 30,000 attendees each year from across the country, including many attendees from Utah. The Flag Day event commemorates American Samoa's decision to become part of the United States in 1900 and celebrates the many contributions American Samoans make to their communities across the nation.

The Samoan Federation was a plaintiff in *Tuaua v. United States*, 788 F.3d 300 (D.C. Cir. 2015), where it argued that people born in American Samoa have an individual constitutional right to citizenship that does not require legislative approval by Congress or any other elected officials. The Samoan Federation believes that recognition of citizenship is critical to the political and economic empowerment of American Samoan communities throughout the United States, including in Utah. Discriminatory federal laws that require American Samoans to naturalize to be recognized as U.S. citizens create significant barriers to the political participation of American Samoans living in Utah and other states, in effect serving as a poll tax, literacy test, voter identification requirement, and felon disenfranchisement provision all rolled into one. Federal, state, and local laws that restrict certain employment opportunities to U.S. citizens also make it harder for many American Samoans to provide for themselves and their families, and diminish their standing in their communities.

The Samoan Federation's proposed amicus brief, attached as Exhibit A, reviews the historical expectations of and demands by American Samoan leaders for U.S. citizenship since they voluntarily granted sovereignty over American Samoa to the United States government in 1900. The proposed amicus brief also explicates the tangible harm to the political rights of American Samoan U.S.

nationals caused by their status as non-citizens. Submission of this amicus brief will thereby contribute to the Court's adjudication of the case.

Accordingly, the Samoan Federation respectfully requests that the Court grant their motion for leave to file the *amicus curiae* brief submitted herewith.

Dated: April 19, 2018								Respectfully submitted.


								/s/ Barry G. Stratford

								Barry G. Stratford (UT #15059)
								PERKINS COIE LLP
								2901 North Central Avenue, Suite 2000
								Phoenix, Arizona 85012-2788
								Phone: 602.351.8000
								Email: BStratford@perkinscoie.com

								Donald J. Kula (*pro hac vice forthcoming*)
								PERKINS COIE LLP
								1888 Century Park E., Suite 1700
								Los Angeles, CA 90067-1721
								Phone: 310.788.9900
								Email: DKula@perkinscoie.com

								Brian Simmonds Marshall
								(*pro hac vice forthcoming*)
								PERKINS COIE LLP
								700 13th Street, NW, Suite 600
								Washington, D.C. 20005-3960
								Phone: 202.654.6200
								Email: BMarshall@perkinscoie.com

David A. Perez (*pro hac vice forthcoming*)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Email: DPerez@perkinscoie.com

Aaron J. Ver (*pro hac vice forthcoming*)
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Phone: 415.344.7000
Email: AVer@perkinscoie.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2018, the foregoing was served by filing a copy using the Court's ECF filing system, which will send notice of the filing to all counsel of record.

/s/ Barry G. Stratford
Barry G. Stratford