# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JOHN FITISEMANU, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants. | Case No. 1:18-cv-00036 <br> Judge Clark Waddoups <br><br> **[PROPOSED] ORDER GRANTING THE AMERICAN SAMOA GOVERNMENT AND CONGRESSWOMAN AMATA'S MOTION TO INTERVENE** |

## [PROPOSED] ORDER

Upon consideration of the American Samoa Government's and Congresswoman Aumua Amata's June 8, 2018 motion to intervene as of right or, in the alternative, for permissive intervention, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the American Samoa Government and Congresswoman Aumua Amata are [as of right pursuant to Federal Rule of Civil Procedure 24(a) / as a matter of this Court's discretion and pursuant to Federal Rule of Civil Procedure 24(b)] joined in the proceedings as Intervenors.

SO ORDERED this _____ day of _____, 2018.

BY THE COURT:

_____
The Hon. Clark Waddoups
United States District Judge