IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| JOHN FITISEMANU, *et al*,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA, *et. al.*,<br><br>Defendants. | ORDER GRANTING UNOPPPOSED MOTION OF IMMIGRATION REFORM LAW INSTITUTE FOR LEAVE TO FILE AMICUS BRIEF<br><br>Case No. 1:18-cv-36<br><br>Judge Clark Waddoups |

The court, having considered the Unopposed Motion for Leave to File Amicus Brief of Immigration Reform Law Institute (ECF No. 73), hereby orders that the motion is GRANTED.

DATED this 25th day of July, 2018.

BY THE COURT

_____
Honorable Clark Waddoups
U.S. District Court Judge