IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JOHN FITISEMANU, *et al*,<br><br>            Plaintiffs,<br>    v.<br><br>UNITED STATES OF AMERICA, *et. al.*,<br><br>            Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 1:18-cv-36<br><br>Judge Clark Waddoups |

  IT IS ORDERED AND ADJUDGED that Plaintiffs' Motion for Summary Judgment is GRANTED.

  SO ORDERED this 12th day of December, 2019.

BY THE COURT:

_____

Clark Waddoups
United States District Judge