IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JOHN FITISEMANU, *et al*,<br><br>　　　　Plaintiffs,<br>　v.<br><br>UNITED STATES OF AMERICA, *et. al.*,<br><br>　　　　Defendants. | **ORDER STAYING COURT'S RULING**<br><br>Case No. 1:18-cv-36<br><br>Judge Clark Waddoups |

　　　The court stays its ruling pending resolution of the issue on appeal.

SO ORDERED this 13th day of December, 2019.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*/s/ Clark Waddoups*

　　　　　　　　　　　　　　　　　　　Clark Waddoups
　　　　　　　　　　　　　　　　　　　United States District Judge