JOSEPH H. HUNT
Assistant Attorney General
Civil Division

JOHN W. HUBER
United States Attorney

ANTHONY J. COPPOLINO
Deputy Director
Federal Programs Branch

STEPHEN M. PEZZI
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone (202) 305-8576; Fax (202) 616-8470
Email: stephen.pezzi@usdoj.gov
D.C. Bar No. 995500

*Attorneys for the United States of America*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JOHN FITISEMANU, *et al.*,<br><br>     Plaintiffs,<br><br>          v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>     Defendants. | Case No. 1:18-cv-00036-CW<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Defendants the United States of America, the Department of State, the Secretary of State (in his official capacity), and the Assistant Secretary of State for Consular Affairs (also in his official capacity) hereby appeal to the United States Court of Appeals for the Tenth Circuit from the December 12, 2019 Memorandum Decision and Order (ECF No. 107) and Judgment (ECF No. 108) of the Honorable Clark Waddoups, United States District Judge. This appeal includes all prior orders and decisions that merge into the Court's December 12, 2019 order and judgment.

DATE: February 7, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

JOHN W. HUBER
United States Attorney

ANTHONY J. COPPOLINO
Deputy Director
Federal Programs Branch

*/s/ Stephen M. Pezzi*
STEPHEN M. PEZZI
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone (202) 305-8576; Fax (202) 616-8470
Email: stephen.pezzi@usdoj.gov
D.C. Bar No. 995500

*Attorneys for the United States of America*