IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| JOHN FITISEMANU, *et al.*, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendant. | Case No. 1:18-cv-00036-CW <br><br> **ORDER** <br><br> Judge Clark Waddoups |

On January 21, 2022, a Notice of Withdrawal of Counsel was filed indicating that John R. Lund and the law firm Parsons Behle & Latimer and Paul R.Q. Wolfson and John B. Sprangers and the law firm Wilmer Cutler Pickering Hale and Dorr LLP (collectively referred to hereinafter as "Prior Counsel") were withdrawing as counsel of record for the Scholars of Constitutional Law and History (hereinafter the "Scholars"), who had previously been given leave to appear as amicus curiae in this action. As a result, the Scholars no longer have counsel of record and will no longer receive notice of any further proceedings in this action. If the Scholars wish to continue to receive notice or to participate further in this case as amicus curiae, they are directed to retain new counsel to file a notice of appearance on their behalf in this action.

The Court orders Prior Counsel to notify the Scholars of the content of this order. The Clerk is directed to deliver this order to Prior Counsel.

DATED this 25th day of January, 2022.

BY THE COURT:

The Honorable Clark Waddoups
United States District Court Judge